DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA GUENTHER,**
Appellant,

v.

**ODEAN BROWN,**
Appellee.

No. 4D23-809

[August 24, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE-20-006541.

Joshua Guenther, Hollywood, pro se.

Jessica T. Laleh-Abramowitz of Koltun Lazar Laleh, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***